BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 9/21/2022

CRIMINAL CAUSE FOR GUILTY PLEA (In-Person)

**DOCKET # 22cr385 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Eliezer Miro | Lance Lazzaro |

AUSA: Margaret Schierberl

Interpreter: n/a

COURT REPORTER: Shernelle Griffith

Pretrial Officer: n/a

Courtroom Deputy: William Villanueva

Law Clerk: Erin Kim

X       THE GOVERNMENT ADVISED OF ITS BRADY OBLIGATIONS.

X       DEFENDANTS SWORN

X       CASE CALLED FOR PLEADING

X       DEFENDANT ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION

X       COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION

X       SENTENCING WILL BE SCHEDULED AFTER THE PSR IS COMPLETE

X       The government is directed to contact MDC to address Mr. Miro's medical issues.

Time in Court: 45 MINUTES